

JS-6/ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SHEPPARD,<br><br>Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>Respondent. | Case No. CV 11-756-PA (RNB)<br><br><br>**J U D G M E N T** |

In accordance with the Order Denying Motion for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter without Prejudice filed herewith,

IT IS HEREBY ADJUDGED that this matter is summarily dismissed without prejudice.

DATED: January 29, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1